

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00191-CV

**IN THE INTEREST OF D.R.P., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-03045
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on March 14, 2014. Appellant's brief was originally due on April 28, 2014. On April 29, 2014, this court granted appellant's appointed counsel of record, Mr. Gerald Uretsky, an extension of time in which to file appellant's brief, until May 19, 2014. Our order informed Mr. Uretsky that no further extensions of time would be granted.

On May 19, 2014, Mr. Uretsky requested another extension of time, stating there were outstanding matters still before the trial court. On May 8, 2014, the associate judge filed findings of fact and conclusions of law. On May 9, 2014, the district court, following a trial de novo, denied appellant's motion for new trial. The record from the new trial hearing was filed on May 21, 2014.

Mr. Uretsky's motion is GRANTED and Mr. Uretsky is hereby ORDERED to file appellant's brief <u>no later than June 9, 2014</u>. **NO FURTHER EXTENSIONS OF TIME WILL BE CONSIDERED OR GRANTED.** If Mr. Uretsky does not file appellant's brief by June 9, 2014, this appeal will be abated to the trial court for appointment of new counsel.

The Clerk of this court shall cause a copy of this order to be served on Mr. Uretsky by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.



Keith E. Hottle
Clerk of Court